IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Operative Plasterers & Cement Masons International Association Local No. 8, et. al. | : : : | CIVIL ACTION |
| Plaintiffs, | : : | NO. 2:11-cv-00678 |
| v. | : : | |
| Icono Stucco Corp. | : : | |
| Defendant. | : | |

## JUDGMENT BY DEFAULT

In this action Defendant, Icono Stucco Corp., has been regularly served with the summons and complaint, and has failed to plead or otherwise defend, and the legal time for pleading has expired and the default of the said Defendant having been duly entered according to law; upon the application of said Plaintiffs, judgment is hereby entered against said Defendant in conformity with the certification attached hereto.

WHEREFORE, it is ORDERED, that Judgment is entered against Defendant and on behalf of Plaintiffs in the aggregate amount of $366,487.68, consisting of principal (including estimated principal) in the amount of $308,925.23, plus pre-judgment interest (including interest on estimated principal) accrued at the applicable rates for the periods of August 1, 2004 through August 31, 2004, December 1, 2004 through December 31, 2011, and May 1, 2010 to the present in the amount of $19,960.03, plus liquidated damages (including liquidated damages on estimated principal) in the amount of $30,892.52, plus attorneys' fees and costs in the amount of $6,709.00, with post-judgment interest to run thereon at the rate of 3%, from the date hereof until paid, together with such additional reasonable attorneys' fees and costs, as shall have been incurred in the collection and enforcement

necessary to achieve satisfaction of the judgment in favor of the Plaintiffs and against the Defendant.

It is further **ORDERED**, that Defendant shall permit an audit and accounting of its books to determine whether other amounts may be due to Plaintiffs, and that Plaintiffs may apply to the Court for amendment of the amounts set forth herein should such an accounting disclose that additional amounts are due, and that this Judgment may be immediately registered in any Court of competent jurisdiction regardless of whether the time for appeal has expired.

_____
UNITED STATES DISTRICT JUDGE

Date: March 6, 2012